UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DANIELLE DELYNN DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:25-cv-01513-JPH-CSW |
| | ) |
| JP MORGAN CHASE BANK, N.A., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

**I.
Filing Fee**

Plaintiff Danielle Davis has filed her complaint without paying the $405 filing fee or demonstrating that she lacks the financial ability to do so. Ms. Davis **SHALL** either pay the $405 filing fee or seek leave to proceed *in forma pauperis* **by September 19, 2025**.

The **Clerk shall include** a form motion to proceed *in forma pauperis* with Ms. Davis's copy of this Order.

**II.
Motion for Injunctive Relief and to File Supplemental Exhibits**

On August 11, 2025, Ms. Davis filed a motion for emergency injunctive relief. Dkt. 7. In that motion, she requests that "the Court direct Equifax, Experian, and TransUnion to remove" credit reporting entries related to an automobile loan. *Id.*; *see also* dkt. 1 at 2–4. Those three companies are not parties to this case. *See* dkt. 1 at 1–2. "An injunction . . . may be entered only against a litigant, that is, a party that has been served and is under the

1

jurisdiction of the district court." *Maddox v. Wexford Health Sources, Inc.*, 528 F. App'x 669, 672 (7th Cir. 2013) (citing *Lake Shore Asset Mgmt. v. Commodity Futures Trading Comm'n*, 511 F.3d 762, 767 (7th Cir. 2007)).  So, because the only defendant in this suit is JP Morgan Chase Bank, N.A. and none of the companies against whom Ms. Davis seeks injunctive relief are defendants in this case, her motion for injunctive relief, dkt. [7] is **DENIED**.

In this same filing, Ms. Davis seeks to "file and incorporate supplemental exhibits."  Dkt. 7 at 1, 3.  To the extent this request relates to her separate case at case number 1:25-cv-1427-JPH-MG, that motion, dkt. [7], is **DENIED AS MOOT** because that separate case has already been dismissed and closed.  And to the extent Ms. Davis is requesting to file supplemental exhibits in this case, that motion, dkt. [7], is **DENIED WITHOUT PREJUDICE** as premature since the Defendant has not yet been served or appeared in this case.

### III.
### Directing Service of Process

The **clerk is directed** under Federal Rule of Civil Procedure 4(c)(3) to issue process to Defendant JP Morgan Chase Bank, N.A. in the manner specified by Rule 4(d).  Process shall consist of the complaint, dkt. 1, applicable forms (Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons), and this Order.

**SO ORDERED.**

Date: 8/22/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

2

Distribution:

DANIELLE DELYNN DAVIS
200 Blisset Drive
Apt. K48
Dothan, AL 36301

JP Morgan Chase Bank, N.A.
700 Kansas Lane
Monroe, LA 71203
Mail Code LA4-7100